# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

UNITED STATES OF AMERICA     §
              §
vs.              §   NO:  WA:25-CR-00088(1)-ADA
              §
(1) BRENDAN DORIAN THOMPSON   §

## AMENDED ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 13, 2026, wherein the defendant (1) BRENDAN DORIAN THOMPSON waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) BRENDAN DORIAN THOMPSON to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) BRENDAN DORIAN THOMPSON's plea of guilty to Counts One (1) and Two (2) is accepted.

    Signed this 31st day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

*Amended to add Count Two (2).